

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00703-CV

**IN THE INTEREST OF W.E.L.**, a Child

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-00617
Honorable Cynthia Marie Chapa, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of the appeal are taxed against appellant.

SIGNED November 27, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice